

FILED

NOV 14 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for UNITED STATES OF AMERICA
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        CASE NO. 2:12-mj-00017 DAD
12              Plaintiff,          STIPULATION AND ~~PROPOSED~~ DAD
                                    ORDER TO CONTINUE
13 v.                               PRELIMINARY HEARING AND
                                    FOR EXCLUSION OF TIME
14 BRENDEN BARKER,
                                    [18 U.S.C. § 3161]
15              Defendant.
16
17
18     IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd
19 Pickles, counsel for the plaintiff United States of America, and defendant Brenden Barker, by and
20 through his counsel Kenneth Wine, Esq., that good cause exists to extend the preliminary hearing
21 currently set for November 16, at 2:00 p.m. to January 11, 2013, at 2:00 p.m. pursuant to Federal
22 Rule of Criminal Procedure 5.1(d).
23     Good cause exists to extend the time for the preliminary hearing within meaning of Rule
24 5.1(d) because additional discovery has been provided to the defense and counsel for defendant will
25 need time to review the materials and advise his client with respect to his options with respect to pre-
26 indictment resolution or preparing the matter for trial post-indictment. As a result, the defendant
27 agrees that a continuance of the preliminary hearing date will not prejudice him as it will allow his
28 counsel the opportunity to understand the nature and scope of the evidence in this case in order to

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

1

prepare an effective defense, as well as to discuss pre-indictment resolution. Defendant is in custody.

Counsel further stipulate that an exclusion of time from November 16, 2012, to January 11, 2013, is appropriate under the Speedy Trial Act because the United States has provided pre-indictment discovery and defense counsel will need time to review that discovery. As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, time should be excluded from computation under the Speedy Trial under 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

DATED: November 14, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Todd Pickles
TODD A. PICKLES
Assistant U.S. Attorney

DATED: November 14, 2012

/s/ Todd Pickles for
KENNETH WINE, Esq.
Counsel for defendant BRENDEN BARKER

D☐D
[PROPOSED] ORDER

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for November 16, 2012 at 2:00 p.m. to January 11, 2013, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

IT IS SO ORDERED.

DATED: 11/17/12

DALE A. DROZD
United States Magistrate Judge

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time